Cat. 2

# 20CR 812     **FELONY**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE LEINENWEBER

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE VALDEZ

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? (You must answer 1b even if the answer is No) **No**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **N/A**

    1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **Yes**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **III**

10. List the statute of each of the offenses charged in the indictment or information.
**18 U.S.C. §§ 371, 666; 15 U.S.C. §§ 78m(b)(5) and 78ff(a).**

/s/ Amarjeet Bhachu
AMARJEET BHACHU
Assistant United States Attorney

**FILED**

NOV 18 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT