Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE LEINENWEBER | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE VALDEZ<br>Hon. Heather K. McShain |
|---|---|---|---|
| CASE NUMBER | 14 GJ 393 | DATE | NOVEMBER 18, 2020 |
| CASE TITLE | U.S. v. MICHAEL MCCLAIN, ET AL. | | 20 CR 812 |

DOCKET ENTRY TEXT

## Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge Heather K. McShain

THE CLERKS OFFICE WILL ISSUE A SUMMONS ORDERING THE DEFENDANTS MICHAEL MCCLAIN, ANNE PRAMAGGIORE, JOHN HOOKER, AND JAY DOHERTY TO APPEAR ONCE AN ARRAIGNMENT DATE HAS BEEN SET BY THE COURT. SET PRELIMINARY BAIL AT $10,000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ALL DEFENDANTS.

FILED
NOV 18 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: PK