UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 20 CR 812 |
| vs. ) | |
| ) | Honorable Harry D. Leinenweber |
| MICHAEL McCLAIN, et al., ) | |
| ) | |

**DEFENDANTS' JOINT MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT**

Defendants Michael McClain, Anne Pramaggiore, John Hooker, and Jay Doherty (collectively "Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Criminal Procedure 7(d), respectfully move to strike references to the passage of legislation identified in paragraphs 1.o, 1.p, and 1.q of the Indictment. These references should be stricken because they are clearly not relevant and are prejudicial. Defendants file herewith and incorporate by reference their Memorandum of Law in Support.

DATED: September 22, 2021    Respectfully submitted,

/s/ Patrick J. Cotter    /s/ Scott R. Lassar
Patrick J. Cotter    Scott R. Lassar
GREENSFELDER, HEMKER & GALE, P.C.    Daniel C. Craig
200 West Madison Street, Suite 3300    Jennifer M. Wheeler
Chicago, IL 60606    SIDLEY AUSTIN LLP
Telephone: (312) 345-5088    One South Dearborn
pcotter@greensfelder.com    Chicago, IL 60603
    Telephone: (312) 853-7000
David P. Niemeier    slassar@sidley.com
GREENSFELDER, HEMKER & GALE, P.C.    dcraig@sidley.com
10 South Broadway, Suite 2000    jwheeler@sidley.com
St. Louis, MO 63102
Telephone: (314) 241-9090    *Attorneys for Defendant Anne Pramaggiore*
dpn@greensfelder.com

*Attorneys for Defendant Michael McClain*

| | |
|---|---|
| /s/ Michael D. Monico | /s/ Gabrielle R. Sansonetti |
| Michael D. Monico | Michael P. Gillespie |
| Barry A. Spevack | GILLESPIE AND GILLESPIE |
| Jacqueline S. Jacobson | 53 West Jackson Blvd., Suite 1062 |
| Ryan W. Mitsos | Chicago, IL 60604 |
| MONICO & SPEVACK | Telephone: (312) 588-1281 |
| 53 West Jackson Blvd., Suite 1315 | michael@gillespieandgillespielaw.com |
| Chicago, IL 60604 | |
| Telephone: (312) 782-8500 | Gabrielle R. Sansonetti |
| mm@monicolaw.com | LAW OFFICE OF GABRIELLE R. SANSONETTI |
| bspevack@monicolaw.com | 53 West Jackson Blvd., Suite 1062 |
| jjacobson@monicolaw.com | Chicago, IL 60604 |
| rmitsos@monicolaw.com | Telephone: (312) 588-1281 |
| | gabrielle@Sansonetti-law.com |
| *Attorneys for Defendant John Hooker* | |
| | *Attorneys for Defendant Jay Doherty* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Patrick J. Cotter