# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                            Case No.: 1:20−cr−00812

                                                                       Honorable Harry D. Leinenweber

Michael McClain, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 29, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendants' unopposed motion for an extension of time to file pretrial motions is granted [64]. The deadline to file pretrial motions is extended to 12/31/21. Telephonic status hearing set for 10/21/21 is re−set to 12/21/21 at 9:00 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Security code (if asked): 8115. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.