# EXHIBIT C

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | IN THE UNITED STATES |
| v. | * | DISTRICT COURT FOR |
| | * | DISTRICT OF MARYLAND |
| MARILYN MOSBY | * | |
| Defendant | * | CASE NO. 22-CR-00007-LKG-1 |

\* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO SUBPOENA

I, David A. Randall, Executive Director of the Baltimore City Employees' Retirement System (ERS), Elected Officials' Retirement System (EOS), and Retirement Savings Plan (RSP), hereby solemnly affirm under the penalty of perjury that the following statements are true to the best of my knowledge, information, and belief:

1. I am qualified to administer the records for ERS, EOS and RSP.

2. The attached document is submitted in response to the subpoena issued to ERS on September 12, 2022, in this case. The document:

   (a) is a true and correct copy of records that were prepared by ERS staff with knowledge of these mattes: and
   (b) was kept in the course of regularly conducted activity; and
   (c) was made and kept by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

_9/14/2022_  
DATE

_David A. Randall_  
DAVID A. RANDALL

| Agency Name | Number of Employees Taking Withdrawals |
|---|---:|
| Mayor's Office | 5 |
| City Council | 4 |
| Office of Employment Development | 5 |
| Rec & Parks- Recreation | 3 |
| Housing & Community Dev. | 16 |
| Liquor License Board | 3 |
| Office of Children & Family | 3 |
| Department of Finance- Acct & Payroll | 2 |
| Department of Finance- Collections | 8 |
| Planning Department | 2 |
| Department of Audits | 12 |
| State's Attorneys' Office | 3 |
| Law Department | 2 |
| Circuit Court | 1 |
| Sheriff's Office | 6 |
| Office of Information Technology | 7 |
| Department of Public Works- Admin | 4 |
| Department of Transportation- Highways | 35 |
| DPW- Water & Waste Water | 80 |
| Civil Rights & Wage Enforcement | 1 |
| ERS/EOS | 2 |
| Fire Department | 170 |
| Health Department | 22 |
| Rec & Parks- Administration | 4 |
| Rec & Parks- Parks | 5 |
| DPW-Solid Waste | 14 |
| Human Resources | 3 |
| Department of Transportation- Towing | 1 |
| General Services | 13 |
| Department of Transportation- Traffic | 22 |
| Convention Center | 17 |
| Police Department | 238 |
| Department of Transportation- Highways (wkly) | 6 |
| Rec & Parks- Parks (wkly) | 2 |
| DPW- Solid Waste (wkly) | 12 |
| Baltimore City Public Schools | 1 |
| Retired/Not Found | 5 |

**Totals**                                                                 **739**