**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 812 |
| | ) | |
| MICHAEL McCLAIN, et al. | ) | Honorable Harry D. Leinenweber |
| | ) | |

**DEFENDANT ANNE PRAMAGGIORE'S**
**MOTION FOR LEAVE TO FILE CONSOLIDATED MOTIONS *IN LIMINE***
**IN EXCESS OF FIFTEEN PAGES**

Defendant Anne Pramaggiore ("Ms. Pramaggiore"), through her undersigned counsel, respectfully requests leave to file consolidated motions *in limine* in excess of the 15-page limit allowed by Local Rule 7.1. In support of this motion, Ms. Pramaggiore states as follows:

1. Pursuant to the Court's December 1, 2022 Order, the parties' motion *in limine* filings are due on February 6, 2023. (*See* Dkt. 108 at 1.)

2. Because Ms. Pramaggiore's anticipated motions *in limine* will rely on similar background facts, Ms. Pramaggiore submits that it will be most efficient to file consolidated motions *in limine* rather than separate motions.

3. Despite Ms. Pramaggiore's best efforts, in order to adequately explain the factual and legal theories supporting her motions *in limine*, her consolidated filing must exceed the page limitation imposed by Local Rule 7.1.

4. Accordingly, Ms. Pramaggiore respectfully requests leave to file consolidated motions *in limine* consisting of no more than 23 pages, excluding tables of contents and authorities.

2

WHEREFORE, Defendant Anne Pramaggiore respectfully requests that the Court enter an Order granting leave to file consolidated motions *in limine* consisting of no more than 23 pages, excluding tables of contents and authorities.

DATED: February 6, 2023

Respectfully submitted,
/s/ *Scott R. Lassar*
Scott R. Lassar
Daniel C. Craig
Jennifer M. Wheeler
Emily R. Woodring
Joan E. Jacobson
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com
dcraig@sidley.com
jwheeler@sidley.com
ewoodring@sidley.com
joan.jacobson@sidley.com

*Attorneys for Defendant Anne Pramaggiore*