# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                Case No.: 1:20–cr–00812
                                                         Honorable Harry D. Leinenweber

Michael McClain, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2023:

        MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing and ruling on motion hearing held. For reasons stated on the record, the Court denies Defendant Doherty's Motion for a Bill of Particulars (107). Defendant Hooker's Motion for leave to file additional appearance (134) is granted. Parties shall email the court an agreed upon version of the jury questionnaire, with any disputed content red–lined, by the close of business on 3/2/23. Telephonic pretrial conference set for 3/9/22 at 9:45 a.m. Dial: 8886848852 or 2154460155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Jury Trial set for 3/6/23 is reset to 3/14/23 at 10:00 a.m. for all defendants. In the interests of justice, time is excluded to 3/14/23 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B). Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.