UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 812 |
| | ) | |
| MICHAEL McCLAIN, et al. | ) | Honorable Harry D. Leinenweber |
| | ) | |

**DEFENDANTS' PROPOSED STATEMENT OF THE CASE**

Defendants Michael McClain, Anne Pramaggiore, John Hooker, and Jay Doherty ("Defendants"), through their undersigned counsel, submit the following proposed statement of the case.

Defendants have been charged with

- corruptly giving, offering, and agreeing to give jobs, contracts, and monetary payments associated with those jobs and contracts, for the benefit of the former Speaker of the Illinois General Assembly, Michael J. Madigan, and his associates, with intent to influence and reward Mr. Madigan in connection with legislation affecting ComEd and its business;

- circumventing a system of internal accounting controls at Exelon and/or ComEd; and

- falsifying books, records, and/or accounts of Exelon and ComEd.

All Defendants have pleaded not guilty to all charges. Defendants deny that any actions they took were done with the corrupt intent to influence or reward Mr. Madigan in connection with legislation affecting ComEd. Defendants assert that the actions the Government contends were criminal were in fact legal and in accordance with legal lobbying practices. Defendants deny that they falsified any books, records, or accounts of Exelon or ComEd or circumvented a system of internal accounting controls.

DATED: March 6, 2023                                         Respectfully submitted,

/s/ *Patrick J. Cotter*                                       /s/ *Scott R. Lassar*
Patrick J. Cotter                                             Scott R. Lassar
GREENSFELDER, HEMKER & GALE, P.C.                             Daniel C. Craig
200 West Madison Street, Suite 3300                           Jennifer M. Wheeler
Chicago, IL 60606                                             Emily R. Woodring
Telephone: (312) 345-5088                                     Joan E. Jacobson
pcotter@greensfelder.com                                      SIDLEY AUSTIN LLP
                                                              One South Dearborn
David P. Niemeier                                             Chicago, IL 60603
GREENSFELDER, HEMKER & GALE, P.C.                             Telephone: (312) 853-7000
10 South Broadway, Suite 2000                                 Facsimile: (312) 853-7036
St. Louis, MO 63102                                           slassar@sidley.com
Telephone: (314) 241-9090                                     dcraig@sidley.com
dpn@greensfelder.com                                          jwheeler@sidley.com
                                                              ewoodring@sidley.com
*Attorneys for Defendant Michael McClain*                     joan.jacobson@sidley.com

                                                              *Attorneys for Defendant Anne Pramaggiore*


/s/ *Jacqueline S. Jacobson*                                  /s/ *Gabrielle R. Sansonetti*
Michael D. Monico                                             Gabrielle R. Sansonetti
Barry A. Spevack                                              LAW OFFICE OF GABRIELLE R.
Jacqueline S. Jacobson                                        SANSONETTI
Ryan W. Mitsos                                                53 West Jackson Blvd., Suite 1062
MONICO & SPEVACK                                              Chicago, Illinois 60604
53 West Jackson Blvd., Suite 1315                             Telephone: (312) 588-1281
Chicago, IL 60604                                             Direct: (773) 716-6117
Telephone: (312) 782-8500                                     Facsimile: (773) 277-7334
mm@monicolaw.com                                              gabrielle@Sansonetti-law.com
bspevack@monicolaw.com
jjacobson@monicolaw.com                                       Michael P. Gillespie
rmitsos@monicolaw.com                                         GILLESPIE AND GILLESPIE
                                                              53 West Jackson Blvd., Suite 1062
Susan M. Pavlow                                               Chicago, IL 60604
53 West Jackson Blvd., Suite 1215                             Telephone: (312) 588-1281
Chicago, IL 60604                                             michael@gillespieandgillespielaw.com
Telephone: (312) 322-0094
smpavlow@mac.com                                              *Attorneys for Defendant Jay Doherty*

*Attorneys for Defendant John Hooker*

2