```
CASE TITLE:       United States v. McClain, et al.
CASE NUMBER:      20 CR 812
ACTIVITY:         Telephone Conversation between Michael McClain
                  and Fidel Marquez
DATE:             May 23, 2018
TIME:             10:15 a.m.
TARGET PHONE:     (217) 257-6280
SESSION NUMBER:   3204

SPEAKERS:         McCLAIN    =    Michael McClain
                  MARQUEZ    =    Fidel Marquez
```

                        \*   \*   \*   \*

1 MARQUEZ: Hey Michael.

3 McCLAIN: Hi Fidel. How are you?

5 MARQUEZ: I'm good. Did you get my cryptic message?

7 McCLAIN: About [redacted]?

9 MARQUEZ: Yeah.

11 McCLAIN: Yep.

13 MARQUEZ: So, I get a call from [redacted]. You
14 know who she is? At [redacted].

16 McCLAIN: I, I know of her. I don't know—

18 MARQUEZ: Okay.

20 McCLAIN: —her.

22 MARQUEZ: Yeah, a n—, nice lady. Um, she, uh, called me, "Hey,
23 hey, have you heard of a [redacted]?" and uh, I, she
24 kept calling me back and I call but I kinda figured
25 out what was goin' on. I says, "Yeah." I says, uh,
26 "Yeah, he's done some real estate work with us." And
27 she's like, "Well, you think he's competent?" I says,
28 "Yes. Highly professional, very competent on what we
29 used him on."

31 McCLAIN: Mmmhmm.

33 MARQUEZ: And she goes, "Hmm." She goes, "Well we're gettin'
34 pushed really hard and if someone's that good, why
35 would they push someone that hard cause they're that
36 good?" I says, "[redacted], you know how this works,

1



```
37                          right?"
38
39   McCLAIN:               (Laughs.) Oh, how funny.  Huh?
40
41   MARQUEZ:               And uh, she goes, and I explained this, said, "Look,
42                          um, just because someone is recommending someone, no
43                          matter how hard, um, the, uh, doesn't mean, doesn't,
44                          should not question the person's competency or not.
45                          Right?"
46
47   McCLAIN:               (Unintelligible.)
48
49   MARQUEZ:               "Cause," I said, "Rarely have I gotten a
50                          recommendation of someone, um, that has not been
51                          competent that's come from, you know, um, uh, people
52                          with high, with their own high ethic standards.
53                          (Laughs) With their, with their own high standards."
54
55   McCLAIN:               Mmhmm.
56
57   MARQUEZ:               So, I said uh, "You know, you guys need to evaluate
58                          this, but, uh, uh, this is obviously important and you
59                          guys oughta consider it."
60
61   McCLAIN:               Good.  Perfect.
62
63   MARQUEZ:               So, that's, that was my message to her.
64
65   McCLAIN:               Yeah, well done.  Well done.
66
67   MARQUEZ:               And she said, "Got it," but just wanna let you know
68                          about that.
69
70   McCLAIN:               Well, and not everybody en—, likes gettin' the, the
71                          calls, right?
72
73   MARQUEZ:               Yeah, I don't know if any, I don't know if anybody
74                          likes it, but people need to understand how, what's
75                          behind all this.
76
77   McCLAIN:               Right. Right. Yep.
78
79   MARQUEZ:               I says, "And maybe sometime, and maybe one day you'll
80                          have an ask and this will be remembered."
81
82   McCLAIN:               Right.  Exactly.
83
84   MARQUEZ:               (Laughs.)
85
86   McCLAIN:               So, it all comes—
```

```
 87
 88    MARQUEZ:       Anyway.
 89
 90    McCLAIN:       —around, right?
 91
 92    MARQUEZ:       I, I just wanted to uh, make you aware of that, um,
 93                   so—
 94
 95    McCLAIN:       Right.
 96
 97    MARQUEZ:       —you understand the full circle of conversations here.
 98
 99    McCLAIN:       Yep.  Thanks.
100
101                            (END OF PERTINENT CONVERSATION)
```