**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | Case No: 20 CR 812 - 1 |
| v. | ) | Judge: Harry D. Leinenweber |
| Michael McClain | ) | |

**ORDER**

Trial ends - jury. Deliberations concluded. The jury returns a verdict of guilty as to counts 1, 2, 3, 4, 5, 6, 7, 8 and 9 of the indictment for defendant Michael McClain. Judgment of guilty entered on the verdict. Cause is referred to probation department for the preparation of a presentence investigation report. The probation office shall disclose the sentencing recommendation to the parties. Post trial motions to be filed by 7/8/23, responses by 9/8/23, replies by 9/22/23. The Court will rule by mail. Sentencing set for 1/11/24 at 10:00 a.m. as to defendant McClain. Defendant's sentencing submission shall be filed by 12/4/23. Government's sentencing memo shall be filed by 12/18/23.

Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the [Court's website](#)) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

(T: 06:00)
Date: 5/2/23                                                                /s/ Judge Harry D. Leinenweber