UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 812 |
| | ) | |
| MICHAEL McCLAIN, et al. | ) | Honorable Harry D. Leinenweber |
| | ) | |

**DEFENDANTS' JOINT MOTON**
**TO RESET THE SENTENCING SCHEDULE**

Defendants respectfully move to reset the schedule for the sentencing submissions and hearings and to file each Defendant's and the Government's sentencing memoranda and responses simultaneously.[1]

Under the current schedule, Defendants' sentencing memoranda are set to be submitted *before* the date that the probation department's pre-sentencing report ("PSR") is due under Local Criminal Rule 32.1(f), as shown in the table below:

| CURRENT SCHEDULE | | | | |
|---|---|---|---|---|
| **Defendant** | **PSR Due** | **Defs.' Sent. Memo. Due** | **Gov. Sent. Memo. Due** | **Sent. Hearing** |
| McClain | 12/7/23 | 12/4/23 | 12/18/23 | 1/11/24 |
| Pramaggiore | 12/12/23 | 12/5/23 | 12/19/23 | 1/16/24 |
| Hooker | 12/21/23 | 12/6/23 | 12/20/23 | 1/25/24 |
| Doherty | 12/26/23 | 12/7/23 | 12/21/23 | 1/30/24 |

This schedule does not provide adequate opportunity for Defendants to prepare their sentencing memoranda or to respond to the PSR, including the sentencing guideline calculations

---

[1] Defendants sought concurrence from the Government in this schedule, and the Government did not concur.

1

therein. Additionally, Defendants respectfully request that each Defendant's and the Government's sentencing memoranda be filed simultaneously and, if necessary, permit responsive briefing to address disputed issues. Defendants anticipate that there will be significant disputes concerning application of the sentencing guidelines, including with respect to the calculation of loss. Defendants believe the Court would benefit from briefing from all parties on this complex issue. Moreover, because it is the Government's burden to establish the application of certain loss enhancements, Defendants request the opportunity to respond to the Government's arguments.

Accordingly, Defendants propose a revised schedule that will give all parties sufficient time to respond to the PSR and address disputed issues, if necessary. The proposed revised schedule reflects the Court's desire to have all sentencing submissions filed prior to the date of the first sentencing hearing and with sufficient time before the first hearing. To allow sufficient time to prepare for the sentencing hearings in light of the revised schedule for the submissions, Defendants propose that the sentencing hearing dates be reset correspondingly by approximately one month. Defendants proposed schedule is set forth in the following table:

| PROPOSED REVISED SCHEDULE | | | | |
|---|---|---|---|---|
| **Defendant** | **PSR Due (same as current)** | **Simult. Memo. Submission** | **Simult. Memo. Response** | **Sent. Hearing** |
| McClain | 12/7/23 | 1/15/24 | 1/29/24 | 2/8/24 |
| Pramaggiore | 12/12/23 | 1/15/24 | 1/29/24 | 2/13/24 |
| Hooker | 12/21/23 | 1/15/24 | 1/29/24 | 2/22/24 |
| Doherty | 12/26/23 | 1/15/24 | 1/29/24 | 2/27/24 |

WHEREFORE Defendants respectfully move to reset the schedule for the sentencing submissions and hearings and to file each Defendant's and the Government's sentencing memoranda and responses simultaneously.

DATED: November 6, 2023 						Respectfully submitted,

/s/ *Patrick J. Cotter*
Patrick J. Cotter
GREENSFELDER, HEMKER & GALE, P.C.
200 West Madison Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 345-5088
pcotter@greensfelder.com

David P. Niemeier
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
dpn@greensfelder.com

*Attorneys for Defendant Michael McClain*

/s/ *Scott R. Lassar*
Scott R. Lassar
Daniel C. Craig
Jennifer M. Wheeler
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com
dcraig@sidley.com
jwheeler@sidley.com

*Attorneys for Defendant Anne Pramaggiore*

/s/ *Jacqueline S. Jacobson*
Michael D. Monico
Barry A. Spevack
Jacqueline S. Jacobson
MONICO & SPEVACK
53 West Jackson Blvd., Suite 1315
Chicago, IL 60604
Telephone: (312) 782-8500
mm@monicolaw.com
bspevack@monicolaw.com
jjacobson@monicolaw.com

Susan Pavlow
53 West Jackson Blvd., Suite 1550
Chicago, IL 60604
Telephone: (312) 322-0094

*Attorneys for Defendant John Hooker*

/s/ *Michael P. Gillespie*
Michael P. Gillespie
GILLESPIE AND GILLESPIE
53 West Jackson Blvd., Suite 1062
Chicago, IL 60604
Telephone: (312) 588-1281
michael@gillespieandgillespielaw.com

*Attorney for Defendant Jay Doherty*