

**Michael D. Hutmacher**
**3398 Countryside Path**
**The Villages, Florida 32163**
**352-901-7574**
<u>hoot2602@yahoo.com</u>



**November 14, 2023**

Honourable Judge Harry D. Leinenweber
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Dear Honourable Judge Leinenweber,

I am writing this letter in support of Michael F. McClain. I have known Mike since our High School days in Quincy, Illinois. We played football together and have had a friendship since then. We have shared good times and bad times. I have always known Mike as a person of character. He is a God-fearing, practicing Catholic and honest person who is kind and always willing to lend a helping hand. As a result of Mike's support, I have been able to obtain two positions with the State of Illinois. The first was as the Business Administrator of the Illinois Veterans Home in Quincy. Later, I became the Administrator of that same State facility. Mike was instrumental in supporting me to obtain both jobs. If you are not familiar with the Illinois Veterans Home, it provides independent living, nursing care and memory care to Illinois veterans and their spouses. Having received Mike's support to obtain these jobs meant that he placed confidence in me to do the job. In both cases, there is no way that Mike could have received any remuneration. He simply did me a favour as a friend.

I understand and respect the Court's recent guilty decision regarding Mike McClain's involvement in the so called "Com-Ed" case. In the above-referenced jobs that I held with the State of Illinois totalling 9 years and another 21 years as the CEO of an alcohol and drug treatment facility that was partially funded by grants from the State of Illinois, I learned much about Illinois' political situation. Many people were in Illinois employment and politics for personal gain and recognition. Mike McClain was not one of them! He was always there to help…not to help himself but, to help others.

Mike represented the western Illinois area as a State Representative for eight years. His efforts led to the creation of a new Civic Center in Quincy as well as its new Senior Citizen Center. He was also instrumental in seeking new roads and highways for western Illinois. As a veteran, I think one of Mike's biggest contributions to the State of Illinois involved his sponsorship of bills to:

- Create the Illinois Department of Veterans Affairs.
- Rename the Former Illinois Soldiers and Sailors Home as the Illinois Veterans Home (this happened while I was the Business Administrator of this Institution)
- Remove the Veterans Home from the jurisdiction of the Illinois Department of Children and Family Services (veterans received second-class treatment under DCFS) and assign it to the new Illinois Department of Veterans Affairs.
- As a result, veterans and the need for their care received new, sadly needed, recognition and support.

Perhaps, more valuable than any of the above is Mike's sincere desire to help others. He is creative and has an innate ability to recommend solutions to the problems that his friends and acquaintances come to him with. He doesn't reject requests for help from others. Some of these people he barely knows. I also know that as an attorney he did much "pro bono" work for those in need.

As a Judge, you face difficult decisions almost daily. In that respect, I believe that Mike McClain will be much more valuable to his community by living in it rather than serving time in a jail cell. He has an uncanny ability to perform public service in private and safeguard the identity of those that he is helping. On the other hand, if he is called on to chair a fund-raising event or special project, he'll do it. People in the Quincy area know and respect Mike and have faith and confidence in him as a person, husband and community member. They trust him! From my perspective, he is still seen as a great friend and a valuable and trusted member of his community.

I feel honoured to provide this character reference for Mike and trust that the information above helps you to understand that Mike is an outstanding person. Further, I believe that Mike deserves your serious consideration in light of the sentencing guidelines that you must "wrestle" with.

In summary, I, as well as many others, like, respect and trust Michael McClain. I believe that he merits serious consideration during his sentencing process. There are certainly many others that I could not write a letter of this nature for.

If I can provide clarification or additional information, please, feel free to ask.

Thank you for your consideration of Michael McClain!

Regards,

Michael D. Hutmacher