## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:20−cr−00812
                                                            Honorable Harry D. Leinenweber

Michael McClain, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, defendants' motion to stay proceedings [347] is granted in part and denied in part. All defendants' sentencing dates are stricken. Resolution of the post−trial motions is not stayed. Deadlines for filing sentencing memoranda are stricken, however the parties are on notice to be prepared to file memoranda expeditiously once new dates are set. The schedule for the preparation and filing of the remaining Presentence Investigation Reports remains as set. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.